**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| John Fralish, *on behalf of himself and others similarly situated*,<br><br>       Plaintiff,<br><br>   v.<br><br>Digital Media Solutions, Inc.<br><br>       Defendant/Third-Party Plaintiff<br><br>   v.<br><br>Shaniko Johnson,<br><br>       Third-Party Defendant. | Case No.: 3:21-cv-00045<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Digital Media Solutions, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) hereby voluntarily dismisses its claims against Shaniko Johnson in their entirety without prejudice. Third-Party Defendant Johnson has neither answered the Third-Party Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed without prejudice and without an Order of the Court

   Respectfully submitted this 28th day of July, 2021.

                              **DIGITAL MEDIA SOLUTIONS, INC.**

                              */s/ John D. Fitzpatrick*
                              John D. Fitzpatrick
                              MANDELL MENKES LLC
                              One North Franklin Street, Suite 3600
                              Chicago, IL 60606
                              Phone: (312) 251-1000
                              Email: jfitzpatrick@mandellmenkes.com