UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

------------------------------------X

JOHN FRALISH, *on behalf of himself*
*and all others similarly situated,*

              Plaintiff,

    -against-

DIGITAL MEDIA SOLUTIONS, INC.,

             Defendant.

------------------------------------X

No.: 3:21-cv-00045

## NOTICE OF SETTLEMENT

John Fralish ("Plaintiff") and Digital Media Solutions, Inc. (collectively, the "Parties") jointly notify this Court that they have reached an agreement in principle to resolve Plaintiff's claims in this matter. The Parties respectfully request that this Court continue all pending deadlines for a period of 30 days to allow the Parties sufficient time within which to finalize the terms of their settlement agreement, after which the Parties will file a stipulation of dismissal.

Date: January 14, 2022

| | |
|---|---|
| */s/ Michael L. Greenwald* | */s/ Neil E. Asnen* |
| Michael L. Greenwald | Neil E. Asnen (admitted *pro hac vice*) |
| Greenwald Davidson Radbil PLLC | Klein Moynihan Turco LLP |
| 7601 N. Federal Highway, Suite A-230 | 450 Seventh Avenue – 40th Floor |
| Boca Raton, FL 33431 | New York, NY 10123 |
| | |
| Counsel for Plaintiff | Counsel for Defendant |