UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| John Fralish, *on behalf of himself and others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> Digital Media Solutions Inc., <br><br> Defendant. | Civil Action No.: 3:21-cv-00045-JD-MGG |

**STIPULATION OF VOLUNTARY DISMISSAL
WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Plaintiff, John Fralish, and defendant, Digital Media Solutions Inc., by and through their respective attorneys, **HEREBY STIPULATE AND AGREE**, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice as to John Fralish's individual claims and without prejudice as to the claims of the putative class members, with each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: February 11, 2022

**GREENWALD DAVIDSON RABDIL PLLC**

By:   /s/ *Michael L. Greenwald*
        Michael L. Greenwald
*Attorneys for Plaintiff*

**KLEIN MOYNIHAN TURCO LLP**

By:   /s/ *Neil E. Asnen*
        Neil E. Asnen (admitted *pro hac vice)*
*Attorneys for Defendant Digital Media solutions Inc.*