UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOHN FRALISH, <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL MEDIA SOLUTIONS INC., <br><br> Defendant. | Case No. 3:21-CV-45 JD |

## ORDER

On February 11, 2022, the parties filed a joint stipulation to dismiss (DE 41), agreeing to dismiss all individual claims brought by John Fralish with prejudice, and all claims as to the putative class members without prejudice. Considering the joint nature of the stipulation, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is hereby DISMISSED, with prejudice. The Clerk is DIRECTED to CLOSE this case.

SO ORDERED.

ENTERED: February 14, 2022

/s/ JON E. DEGUILIO
Chief Judge
United States District Court